FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DICKSON, JR.,,<br><br>　　　　Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>　　　　Respondent. | Case No. SACV 08-379-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　**IT IS ORDERED** that a Judgment be entered denying the instant Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

///
///
///

**IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on petitioner.

DATED: 6/11/08

VALERIE BAKER FAIRBANK
United States District Judge