FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DICKSON, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. SACV 08-379-VBF (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    **IT IS ADJUDGED** that Judgment be entered denying the instant Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

DATED: 6-11-08

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge